UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VIGILANT INSURANCE CO., a/s/o WILLIAMS & CONNOLLY, L.L.P,** <br>    Plaintiff, <br>    v. <br> **EEMAX, INC. and PVI INDUSTRIES, L.L.C.,** <br>    Defendants. <br><br> **EEMAX, INC.,** <br>    Third-Party Plaintiff, <br>    v. <br> **GENERAL ELECTRIC COMPANY** *et al.*, <br>    Third-Party Defendants. | Civil Action No. 02-1825 (JMF) <br> ECF |

**ORDER TO SHOW CAUSE**

It appears that the plaintiff and original defendants have settled their claims and cross-claims and that the only claims that remain in this case are third-party claims between third-party plaintiff EEMAX, Inc. and third-party defendant General Electric Company, doing business as General Electric Plastics ("GE").[1]  Currently ripe and ready for resolution are General Electric's Motion for Summary Judgment [#103], General Electric's Motion in Limine to Exclude the Damages Testimony of David Corrado [#90], GE's Motion to Strike Portions of the Testimony of Plaintiff's Expert Dr. Osswald [#106], GE's Motion for Attorney's Fees [#97], and EEMAX's Application for GE to Produce Documents Relating to Noryl 731.

In a footnote contained in GE's motion for summary judgment, GE represents to the court that "both Eemax and GE have their principal place of business in Connecticut." General

---

[1] Stipulation of Partial Dismissal [#82].

<u>Electric's Motion for Summary Judgment</u> at 10 n.6.  If this representation is true, it appears that complete diversity may be lacking, and the court may not have jurisdiction to hear the thrid-party claims, which are the only claims that remain to be litigated.  Accordingly, it is, hereby

**ORDERED** that EEMAX show cause by February 14, 2005 why this court has jurisdiction to hear its claims against GE.  GE may respond by February 22, 2005, and EEMAX may reply by February 28, 2005.

    **SO ORDERED.**

                                              _____
                                              JOHN M. FACCIOLA
                                              UNITED STATES MAGISTRATE JUDGE

February 4, 2005